IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAULINE DANKO and MARK DANKO,** Individually and on behalf of all others similarly situated<br>Plaintiffs,<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION**<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:     **CIVIL ACTION NO. 16-1235**<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW,** this 10th day of February 2017, upon consideration of the Motion to Dismiss [Doc. No. 8] and the response and reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as set forth in the accompanying memorandum opinion. It is further **ORDERED** that Defendant shall file its answer to the Complaint within 14 days of the date of this Order.

It is so **ORDERED.**

                                                    **BY THE COURT:**

                                                    **/s/Cynthia M. Rufe**

                                                    **CYNTHIA M. RUFE, J.**